UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROADWAY GRILL, INC.,

    Plaintiff,

    v.

VISA INC., et al.,

    Defendants.

Case No. 16-cv-04040-PJH

**ORDER TEMPORARILY STAYING REMAND ORDER AND SETTING BRIEFING SCHEDULE FOR VISA'S MOTION TO STAY REMAND**

Re: Dkt. No. 32

    Before the court is defendants Visa, Inc., Visa International Service Association, and Visa U.S.A., Inc.'s (collectively, "Visa") motion to stay this court's remand order in light of Visa's petition for permission to appeal that order to the Ninth Circuit. See Dkt. 32. Because this court's remand order was to take effect immediately, see Dkt. 29, before Visa's motion to stay can be briefed, the court finds that a temporary stay and an expedited briefing schedule is appropriate.

    Accordingly, the court temporarily STAYS the remand order pending resolution of Visa's motion to stay. The Clerk is instructed not to effect remand per the court's earlier order until Visa's motion to stay is resolved.

    Plaintiff shall file a response to Visa's motion by **October 4**; any reply by Visa shall by due **October 7**. The hearing noticed for November 2, 2016 is hereby VACATED; the court will decide the matter on the papers.

    **IT IS SO ORDERED.**

Dated: September 28, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge