UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROADWAY GRILL, INC.,

    Plaintiff,

    v.

VISA INC., et al.,

    Defendants.

Case No. 16-cv-04040-PJH

**ORDER REGARDING NINTH CIRCUIT REMAND**

On May 18, 2017, the Ninth Circuit reversed this court's order remanding this case to San Mateo County Superior Court, and remanded the matter for further proceedings. Dkt. 45. On July 3, 2017, the Ninth Circuit's mandate in this case was entered. Dkt. 47. Accordingly, the court hereby ORDERS that:

(1) This case shall be reopened;

(2) Within two weeks of the date of this order, defendants shall file an amended notice of removal in San Mateo County Superior Court, and on the docket in this matter (No. 4:16-cv-04040-PJH);

(3) The court shall conduct a further case management conference on **August 17, 2017**, at 2:00 p.m. in Courtroom 3, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: July 10, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge